No. 84–6168. IN RE CARTER; and
No. 84–6179. IN RE STRAGER. Petitions for writs of mandamus denied.

No. 84–1044. PACIFIC GAS & ELECTRIC CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Appeal from Sup. Ct. Cal. Probable jurisdiction noted. JUSTICE BLACKMUN took no part in the consideration or decision of this case.*

No. 84–1076. TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* STATE OIL AND GAS BOARD OF MISSISSIPPI ET AL. Appeal from Sup. Ct. Miss. Probable jurisdiction noted.

No. 84–1244. DAVIS ET AL. *v.* BANDEMER ET AL. Appeal from D. C. S. D. Ind. Motion of appellees to strike the brief of Members of the California Democratic Congressional Delegation as *amicus curiae* denied. Probable jurisdiction noted.

No. 84–1240. LAKE COAL CO., INC. *v.* ROBERTS & SCHAEFER CO. C. A. 6th Cir. Certiorari granted.

No. 84–1273. REGENTS OF THE UNIVERSITY OF MICHIGAN *v.* EWING. C. A. 6th Cir. Certiorari granted.

(See also No. 84–18, *supra.*)

No. 83–1275. OREGON DEPARTMENT OF COMMERCE *v.* PAYNE. Ct. App. Ore. Certiorari denied.

No. 83–1629. MILLER *v.* MERCY HOSPITAL. C. A. 4th Cir. Certiorari denied.

No. 84–808. NEVADA ET AL. *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.